UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION



PROVIDED TO
CHARLOTTE CI
ON 1/8/20 FOR MAILING
YG

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

### THIRD AMENDED COMPLAINT

**ZEBELEDE GARRISON**,

Inmate ID Number: **B12696**,

v.

CASE NO: **5:19-cv-291-TKW/MJF**

Captain J. pope,
Sergeant J. Haddock,
_____,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.  PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:  Zebediede Garrison
Inmate Number  B12696
Prison or Jail:  Charlotte Correctional Inst.
Mailing address:  33123 Oil Well Road
Punta Gorda, FL 33955

## II.  DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1)  Defendant's name:  J. Pope
     Official position:  Captain
     Employed at:  Florida Dept. of Corr
     Mailing address:  3142 Thomas Drive   Individual Capacity
                      Bonifay FL, 32425

(2)  Defendant's name:  J. Haddock   Individual Capacity.
     Official position:  Sergeant
     Employed at:  Florida Dept. of Corr.
     Mailing address:  3142 Thomas Drive
                      Bonifay FL, 32425

(3)  Defendant's name:  _____
     Official position:  _____
     Employed at:  _____
     Mailing address:  _____

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

## IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes( )     No(✓)

   1. Parties to previous action:
      (a) Plaintiff(s): N/A
      (b) Defendant(s): N/A
   2. Name of judge: N/A        Case #: N/A
   3. County and judicial circuit: N/A
   4. Approximate filing date: N/A
   5. If not still pending, date of dismissal: N/A
   6. Reason for dismissal: N/A
   7. Facts and claims of case: N/A
      N/A

   **(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes(✓)     No( )

   1. Parties to previous action:
      a. Plaintiff(s): Zebedee De Garrison
      b. Defendant(s): Capt J. Pope   Sgt J. Haddock
   2. District and judicial division: Northern, Panama City
   3. Name of judge: TKW/MJF        Case #: 5:19-CV-00291-TKW/MJF
   4. Approximate filing date: 9-11-19
   5. If not still pending, date of dismissal: Still pending
   6. Reason for dismissal: N/A

3

7. Facts and claims of case: Excessive Force Cruel and unusual Punishment/ Plaintiff was Sprayed with Chemical agents And Claim 8th amendment

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )         No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A           Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A
   N/A

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )         No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A           Case Docket # N/A
4. Approximate filing date: N/A         Dismissal date: N/A
5. Reason for dismissal: N/A

4

6. Facts and claims of case: __N/A__

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

True as is: 1) I ZEBELEDE Garrison was a Inmate at Holmes correction Inst. 3142 Thomas Drive, Bonifay FL 32425 in H-Dorm Cell H1110 2) on January 15 2019 at approximately 10:40 a.m. I Mr. Garrison was in my cell other inmates was Being Disruptive yelling and kicking. 3) I went to my cell door to see what was going on, I Then heard a Staff yell stating 4) yall want to yell and kick the door I will gas all yall. I know by the voice it was the Supervisor captin Pope. I was still standing at my cell telling my cellmate they going to spray someone on camera, 5) Chemical Agents was use on a inmate, 6) I ZEBELEDE Garrison is a inmate of Asthma all my life and take meds for my health of Asthma call relief Sought. 7) The chemical was coming threw my room making it hard for me to breathe, I was struggling for air trying to get xopenex inhalation, 8) My bunky help lay me down on my bed to call for medical help as he call captain pope and told him my cellmate Garrison cant breathe good he have Asthma Sir, I heard captain pope say We will be there, what room the captain said. 9) my bunky stated H-1110 Sir my Bunky help me up and when I saw Sergeant Haddock and captain Pope I "Showed" captain my proof of Inhalation and told him you can check my "medical File" I got Asthma. 10) At 10:46 am when I heard Sgt Haddock said time Captain, Captain Pope told me and my bunky to back up 11) I was thinking that they was going to pull me for medical treatment

5

When they open the Food Slot to the Flap OF my cell door. To my surprise chemical agent's was being administered into my cell I was Sprayed 12). I had a medical risk factor for chemical agents I was (not kicking) or had (No weapon) In my cell to causing harm, Thank you. 13). captain pope know that there was a substantial risk I measurate, would seriously harm, Zebelede Garrison. 14). Plaintiff exhausted administrative remidies through the three step grievance process. 15). As a direct result of Plaintiff being Sprayed directly with Chemical agents, plaintiff had Severe respritory Problems and Skin burned for week's with blurry vision (Plaintiff Suffers injuries).

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1.) Plaintiff states a claim under the 8th Amendment Cruel and Unusual Punishments and that he was assulted with 2.) Chemical agents and denied of medical treatment for his Serious medical needs by Defendants. The assult/excessive force and deliberate indifference to 3.) Plaintiffs Serious medical needs Violated plaintiff Zebelede Garrison's rights and Constituted Cruel and Unusual Punishments under the 8th Amendment to the United States Constitution.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Plaintiff ZEBELEDE GARRISON Has been And will continue to Be Irreparably Injured By the conduct of the Defendants, Plaintiff respectfully pray that this court enter Judgment granting plaintiff, A Preliminary And permanent injunction ordering Defendants cpt J. Pope, Sgt J. Haddock, To pay compensatory Damages in the amount of $57,999.97 Against Defendant, punitive Damages in the amount of $58,999.95 Against Defendant.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

1-7-20
(Date)

(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __8__ day of __January__, 20__20__.

Signature of Plaintiff

Revised 03/07

ZEBEIEIDE GARRISON
#B12696
CHARlotte CORRECTIONAL Institution
33123 Oil Well Road
Punta Gorda FL, 33955

CLERK U.S District Court
100. N PALAFOX ST.
PENSACOIA, FL 32502

CHECKED JAN 13 2020

Legal Mai

MAILED FROM CHARLOTTE CORRECTIONAL INSTITUTION

UNITED STATES POSTAGE $001.15 JAN 10 2020 MAILED FROM ZIP CODE 33955



PROVIDED TO CHARLOTTE CI ON 1/8/20 FOR MAILING   YG