UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ZEBELEDE GARRISON,**

        Plaintiff,

v.                                                           **Case No.: 5:19-cv-291-TKW-MJF**

**CAPTAIN J. POPE, et al.,**

        Defendants.

_____/

## **DEFENDANT POPE'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL**

Defendant JEFFERY K. POPE, through undersigned counsel, hereby files his Answer, Affirmative Defenses, and Demand for Jury Trial, in response to the Plaintiff's Third Amended Complaint [Docs. 14]. Defendant states as follows:

## **STATEMENT OF FACTS**

1. Admitted.
2. Admitted.
3. Without knowledge.
4. Denied.
5. Admitted.
6. Without knowledge.
7. Without knowledge.
8. Denied.
9. Denied.
10. Denied.

1

11. Admitted that chemical agents were administered. Without knowledge as to the remaining allegations.

12. Denied.

13. Denied.

14. Without knowledge.

15. Denied.

16. Denied that Plaintiff is entitled to compensatory, or punitive damages, or to any relief whatsoever.

## AFFIRMATIVE DEFENSES.

1. Defendant acted reasonably within the discretion of his position, and the course and scope of his employment, and did not violate any clearly established statutory or constitutional right of the Plaintiff of which reasonable persons would have known. Therefore, he is entitled to qualified immunity from liability for damages, or from suit, herein.

2. Plaintiff cannot recover compensatory or punitive damages against Defendant in the absence of a physical injury pursuant to 42 U.S.C. § 1997e(e).

## DEMAND FOR JURY TRIAL

Defendant demands trial by jury of all matters triable as a matter of right by jury..

>Respectfully submitted,
>
>**ASHLEY MOODY**
>**ATTORNEY GENERAL**
>
>/s/  *Joe Belitzky*
>Joe Belitzky
>Senior Assistant Attorney General
>Florida Bar No. 0217301
>Office of the Attorney General
>The Capital, PL-01
>Tallahassee, Florida 32399-1050
>Telephone: (850)414-3300
>Facsimile: (850)488-4872
>Joe.Belitzky@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Nov. 30, 2020 I electronically filed the foregoing with the Clerk of Court using CM/ECF and that a true and correct copy of the foregoing was sent by U. S. Mail to: Zebelede Garrison, DC# B12696, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, FL  33955.

>/s/Joe Belitzky
>JOE BELITZKY
>Senior Assistant Attorney General

3