IN THE UNITED STATES DISTRICT
THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLAINTIFF(S)
ZEBELEDE GARRISON
V.
DEFENDANT(S)
CAPT J. POPE, et al
IN THEIR INDIVIDUAL
CAPACITIES

CASE NO: 5:19-cv-291-TKW/MJF

### NOTICE OF INQUIRY

I PLAINTIFF ZEBELEDE GARRISON HEREBY INQUIRES to the STATUS OF HIS CURRENT RESPONSE TO THE DEFENDANT'S Summary Judgement, ON the 15th DAY OF September 2021.

PLAINTIFF recieved a document order which was apprx, (62) DAY'S AGO DOC 59 WAS Filed on the 6th DAY OF JULY 2021. THEREFORE

Plaintiff respectfully requests to this Court or it's Clerk to inform him of status of his case, because of complications at his current institution with his legal mail being interfered with and Plaintiff Just want's to make sure

Out of Respect for the Clerk, of Courts that Plaintiff responded to all Court orders and placed all document's IN the hands of the official to be sent out by mail, but it's no consistent legal mail officer here which causes

Plaintiff to miss his dead line and send legal mail out in the regular mail.

Thank you for your time.

RESPECTFULLY SUBMITTED,
ZEBELEDE GARRISON
CHARLOTTE C-I
33123 OIL WELL ROAD
PUNTA GORDA FL, 33955

FILED USDC FLND PN
SEP 20 '21 PM 2:43  GM

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by [U.S mail, HAND DELIVERY, Facsimile, etc.] to [name and address of opposing counsel] this [14th] day of (September), 2021,

/s/ [signature]

ZeBeedee Parkison Break
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda FL 33955

FT MYERS FL 339
15 SEP 2021 PM 1 L

CHECKED SEP 2 0 2021

Clerk, U.S. District Court
100 N Palafox St.
Pensacola, FL 32502

PROVIDED TO
CHARLOTTE CI
ON 9/14/21 FOR MAILING

32502-483900