| JESSICA J. LYUBLANOVITS<br>Clerk of Court<br>1 N. Palafox Street<br>Pensacola, Florida 32502-5658<br>850.435.8440<br>850.433.5972 FAX | **UNITED STATES DISTRICT COURT**<br>NORTHERN DISTRICT OF FLORIDA<br>OFFICE OF THE CLERK<br><br>*Visit our website at* www.flnd.uscourts.gov<br><br>Reply to: Pensacola Division | ELIZABETH LAWRENCE<br>Chief Deputy Clerk<br>111 N. Adams Street<br>Tallahassee, Florida 32301-7717<br>850.521.3501<br>850.521.3656 FAX |
|---|---|---|

September 23, 2021

ZEBELEDE GARRISON B12696
CHARLOTTE CORRECTIONAL INSTITUTION
33123 OIL WELL RD
PUNTA GORDA, FL 33955

Mr. Garrison,

I am writing in response to your notice of inquiry seeking the status of Defendants' motion for summary judgment. Pursuant to the court's July 6, 2021 order (Doc. 59), the deadline for you to file a response to Defendants' motion for summary judgment was August 13, 2021. As of today's date, the court has not received a response from you to the motion for summary judgment. The docket reflects that the court has not ruled on Defendants' motion for summary judgment.

Best,

s/ Jeremy Wright
Deputy Clerk

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| **Gainesville Division**<br>401 SE 1st Avenue, STE 243<br>Gainesville, Florida 32601<br>352.380.2400<br>352.380.2424 FAX | **Panama City Division**<br>1 North Palafox Street<br>Pensacola, Florida 32502-5658<br>850.769.4556<br>850.769.7528 FAX | **Pensacola Division**<br>1 North Palafox Street<br>Pensacola, Florida 32502-5658<br>850.435.8440<br>850.433.5972 FAX | **Tallahassee Division**<br>111 N. Adams Street<br>Tallahassee, Florida 32301-7717<br>850.521.3501<br>850.521.3656 FAX |
|---|---|---|---|