UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ZABELEDE GARRISON,**

    **Plaintiff,**

**v.**                                            **Case No. 5:19-cv-291-TKW-MJF**

**CAPTAIN J. POPE, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation. (Doc. 65). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that there are genuine disputes of material fact that preclude entry of summary judgment. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion for summary judgment (Doc. 58) is **DENIED**.

3. The Clerk shall return this case to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 12th day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**